MAY TERM, 1924.		703

Pittsburgh, etc., R. Co. *v.* Moellering Const. Co.—81 Ind. App. 703.

## TURNER *v.* MOSER.

[No. 11,877.   Filed October 8, 1924.]

From Monroe Circuit Court; *Herbert A. Rundell,* Judge.
Action between Cleo Turner and Joseph E. Moser.   From the judgment rendered, the former appeals.   *Affirmed.*

*Miers & Corr* and *Q. Austin East,* for appellant.
*Miller & Blair, Henley & Henley* and *White, Wright & McKay,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILROAD COMPANY *v.* MOELLERING CONSTRUCTION COMPANY.

[No. 11,933.   Filed October 10, 1924.]

From Whitley Circuit Court; *Arthur F. Biggs,* Judge.

Action between the Pittsburgh, Cincinnati, Chicago and St. Louis Railroad Company and the Moellering Construction Company.   From the judgment rendered, the former appeals.   *Appeal dismissed.*

*Parker, Crabill, Crumpacker & May* and *McNagny & McNagny,* for appellant.
*Bailey & Compton,* for appellee.

PER CURIAM.—Appeal dismissed, upon the authority of *Clay Township* v. *Head* (1901), 157 Ind. 240; *State* v. *Van Cleave* (1902), 157 Ind. 608; *Whinrey* v. *Starr* (1905), 35 Ind. App. 623.